**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR251** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ASHLEY SVOBODA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

　　　　Pursuant to the communication with the parties as noted in filing [39] regarding the Unopposed Motion to Continue Trial [38], defense counsel requests additional time to negotiate a resolution short of a trial.  For good cause shown,

　　　　**IT IS ORDERED** that the Unopposed Motion to Continue Trial [38] is granted, as follows:

1. The jury trial now set for July 26, 2021 is continued to **October 12, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 12, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

　　　　DATED:  July 23, 2021.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　**s/ Susan M. Bazis**
　　　　　　　　　　　　　　　　　**United States Magistrate Judge**