IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR251 |
| vs. | ) | |
| ASHLEY SVOBODA, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the defendant's Motion to Extend Self Reporting Date to Prison [57]. The government does not object to the extension. After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is extended to **March 14, 2022**. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the U.S. Marshal (currently FCI Pekin).

**DATED:** March 8, 2022.

BY THE COURT:

Robert S. Rossiter, Jr.
United States District Court Judge